```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JUSTIN VALENCIA,                                           :
                                                           :
                              Plaintiff,                   :
                                                           :       25-CV-1459 (VSB)
              -against-                                    :
                                                           :           ORDER
RICHER POORER, LLC,                                        :
                                                           :
                              Defendant.                   :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

  On April 16, 2025, I ordered Plaintiff to seek default in accordance with my Individual Civil Rule 4(H) no later than April 30, 2025.  (Doc. 6.)  On April 30, 2025, Plaintiff filed a proposed certificate of default and corresponding affirmation against the Defendant, (Docs. 7–8), and the Clerk of Court entered a certificate of default against Defendant on the same day, (Doc. 10).  To date, Plaintiff has failed to comply with the remaining default judgment procedures.  *See* Individual Civil Rules, Attach. A ¶¶ 2–4.  Accordingly, it is hereby:

  ORDERED that Plaintiff shall follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by May 16, 2025.  Failure to comply with this order may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  May 1, 2025
     New York, New York

                          _____
                          VERNON S. BRODERICK
                          United States District Judge