```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JUSTIN VALENCIA,                                           :
                                                           :
                              Plaintiff,                   :
                                                           :       25-CV-1459 (VSB)
                    -against-                              :
                                                           :             ORDER
RICHER POORER, LLC,                                        :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On May 1, 2025, I ordered Plaintiff to complete the default judgment procedures outlined in Attachment A to my Individual Rules and Practices in Civil Case no later than May 16, 2025. (*See* Doc. 11.)  I warned Plaintiff that "[f]ailure to comply with [the] order [could] result in dismissal of this action under Federal Rule of Civil Procedure 41(b)." (*Id*.)  To date, Plaintiff has not indicated any attempt to comply with the order or taken any other action to prosecute this case.  Accordingly, it is hereby:

ORDERED that Plaintiff shall comply with my May 1, 2025 order regarding default judgment materials, (Doc. 11), no later than May 27, 2025.  If Plaintiff fails to do so or otherwise fails to demonstrate an intent to prosecute this action, I will dismiss the case under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   May 19, 2025
         New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge